UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANA BELL,<br><br>      Plaintiff,<br><br>v.<br><br>SUSAN AMELE HUTSON, INDIVIDUALLY, AND IN HER CAPACITY AS SHERIFF OF ORLEANS PARISH,<br><br>      Defendants. | § § § § § § § § § § § § § § § §   Civil Action No. |

## NOTICE OF REMOVAL

Defendant Sheriff Susan Hutson ("Defendant" or "Hutson"), through undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, as amended, respectfully files this Notice of Removal hereby removing this action from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, and in support of removal state the following:

1.

On April 12, 2023, Plaintiff Dana Bell ("Plaintiff" or "Bell") filed her Petition for Damages captioned *Dana Bell v. Susan Amele Hutson, Individually, and in Her Capacity as Sheriff of Orleans Parish*, No. 2023-03237, in the Civil District Court for the Parish of Orleans, State of Louisiana (the "Petition"). A copy of the Petition and all filed state court pleadings are attached *in globo* as Exhibit A. The Civil District Court for the Parish of Orleans, State of Louisiana, is within the judicial district covered by the United States District Court for the Eastern District of Louisiana. *See* 28 U.S.C. § 98(a).

2.

On April 14, 2023, Defendant Hutson was served with the Citation and Petition notifying her of Plaintiff's state court suit.

3.

Plaintiff asserts that Defendant Hutson violated her due process rights under the Constitutions of the United States of America and the State of Louisiana. *See* Petition at ¶ VIII. Due to Plaintiff's allegations regarding violations of her due process rights under the U.S. Constitution, this is a civil action over which the United States District Court for the Eastern District of Louisiana has original jurisdiction by virtue of 28 U.S.C. § 1331, as it "aris[es] under the Constitution, laws, or treaties of the United States." It is therefore removable pursuant to 28 U.S.C. §§ 1441 and 1446 and is removable without regard to the citizenship or residence of the parties.

4.

Based on the factual allegations in the Petition, Plaintiff's state law claims are inextricably intertwined with the causes of action over which this Court has original federal question jurisdiction, as they are premised on the exact same alleged facts and transactions. The Court therefore properly has supplemental jurisdiction over all such claims. *See* 28 U.S.C. § 1376(a).

5.

Venue is proper in the Eastern District of Louisiana because the state court action is pending within the jurisdictional confines of this District. *See* 28 U.S.C. §§ 1391(b) and 1441(a). Thus, pursuant to 28 U.S.C. § 1441(a), Plaintiff's case may be removed to this Court because the United States District Court for the Eastern District of Louisiana is the district encompassing the state court where the case is pending.

6.

This Notice of Removal complies with 28 U.S.C. § 1446(a), as Hutson has provided a short and plain statement for the grounds of removal and has included a copy of all process, pleadings, and orders served upon them in this action.

8.

Hutson is removing this case within the thirty (30) day period set forth in 28 U.S.C. § 1446(b).  A notice of filing of removal has been filed in the Civil District Court for the Parish of Orleans, State of Louisiana, and served upon Plaintiff.  The state court notice of filing of removal is attached hereto as Exhibit B.  Accordingly, this action is properly removed from the Civil District Court of the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. § 1441(a).

WHEREFORE, Defendant Sheriff Susan A. Hutson, preserving and without waiving any of her procedural or substantive rights or defenses, prays for removal of the above-captioned claim from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted this 5th day of May 2023,

                                 */s/ M. Rebecca Cooper*
                                 MARYJO L. ROBERTS (La. Bar No. 30692)
                                 M. REBECCA COOPER (La. Bar No. 37080)
                                 The Kullman Firm
                                 A Professional Law Corporation
                                 1100 Poydras Street, Suite 1600
                                 New Orleans, LA 70163
                                 Telephone: (504) 524-4162
                                 Facsimile: (504) 596-4114
                                 mlr@kullmanlaw.com
                                 mrc@kullmanlaw.com

                                 *Counsel for Defendant Sheriff Susan Hutson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and served the following individuals via U.S. mail, postage prepaid:

>Robert G. Harvey, Sr.
>Tamara Kluger Jacobson
>Hannon Vey Laplace
>600 N. Carrolton Avenue
>New Orleans, LA 70119
>
>*Counsel for Plaintiff*
>
>*/s/ M. Rebecca Cooper*
>M. Rebecca Cooper