## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANA BELL,** | § | Case No. 2:23-cv-01523-LMA-JVM |
| | § | |
| **Plaintiff,** | § | Judge Lance M. Africk |
| | § | Section I |
| v. | § | |
| | § | Magistrate Judge Janis van Meerveld |
| **SUSAN AMELE HUTSON,** | § | Division 1 |
| **INDIVIDUALLY, AND IN HER** | § | |
| **CAPACITY AS SHERIFF OF ORLEANS** | § | |
| **PARISH,** | § | |
| | § | |
| **Defendants.** | § | |

## **DEFENDANT HUTSON'S RULE 12(b)(6) MOTION TO DISMISS**

Defendant Sheriff Susan Amele Hutson ("Defendant" or "Hutson"), in her individual and official capacities, through undersigned counsel, respectfully submits this Rule 12(b)(6) motion to dismiss all of the claims brought against her in Plaintiff Dana Bell's ("Plaintiff" or "Bell") Petition for Damages, Rec. Doc. 1-1 ("Petition"). For the reasons explained in detail in the Memorandum in Support of Defendant Hutson's Rule 12(b)(6) Motion to Dismiss, Plaintiff fails to state a claim under any of her theories of relief.

Respectfully submitted this 2nd day of June 2023,

                                           */s/ M. Rebecca Cooper*
                                           MARYJO L. ROBERTS, T.A. (La. Bar No. 30692)
                                           M. REBECCA COOPER (La. Bar No. 37080)
                                           The Kullman Firm
                                           A Professional Law Corporation
                                           1100 Poydras Street, Suite 1600
                                           New Orleans, LA 70163
                                           Telephone: (504) 524-4162
                                           Facsimile: (504) 596-4114
                                           mlr@kullmanlaw.com
                                           mrc@kullmanlaw.com

                                           *Counsel for Defendant Sheriff Susan Hutson*